**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10606*

April 11, 2024

**BY ECF AND EMAIL**
The Honorable Kenneth M. Karas
United States District Judge
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. George Delgado*, No. S3 S2 22 Cr. 640 (KMK)

Dear Judge Karas:

The Government writes respectfully to request that the Court adjourn the conference for George Delgado that is currently scheduled for April 15, 2024, at 10:30 a.m., to April 16, 2024, at 12:00 p.m., because all government counsel assigned to this matter have a conflict on April 15.

Respectfully submitted,

Granted.

So Ordered
4/11/24

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:   /s/ Ryan W. Allison
Jennifer N. Ong
Ryan W. Allison
Margaret N. Vasu
Assistant United States Attorneys
Tel: 212-637-2224 / -2474 / 914-993-1926

cc:   Joseph Gulino, Jr., Esq. (via ECF and Email)