

——— LAW OFFICES OF ———
**JACQUELINE E. CISTARO**

325 Broadway · Suite 505 · New York, NY 10007 · 125 Half Mile Road · Suite 200 · Red Bank, NJ 07701
T: 646.253.0583 · F: 646.224.9618 · C: 732.642.0598 · E: JEC@cistarolawfirm.com
www.cistarolawfirm.com

May 5, 2024

***VIA ECF***
The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

### *Re: United States of America v. George Delgado, S4 22 Cr. 640 (KMK)*

Your Honor:

Please be advised that I represent George Delgado in the above-captioned matter. Pursuant to the scheduling order, this matter is scheduled for a status conference on May 9, 2024. I write to respectfully request that David Bertan, Esq. be permitted to appear on my behalf as I have a previously scheduled court appearance in New Jersey.

Thank you for your time and consideration.

Granted.
So Ordered.
MAK
5/6/24

Respectfully submitted,

s/ Jacqueline E. Cistaro, Esq.

cc:     All Counsel