— LAW OFFICES OF —
**JACQUELINE E. CISTARO**

325 Broadway · Suite 505 · New York, NY 10007 · 125 Half Mile Road · Suite 200 · Red Bank, NJ 07701
T: 646.253.0583 · F: 646.224.9618 · C: 732.642.0598 · E: JEC@cistarolawfirm.com
www.cistarolawfirm.com

August 10, 2024

*VIA ECF*
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

*Re: United States of America v. George Delgado, 22 Cr. 640 (KMK)*

Your Honor:

    I represent George Delgado in the above-captioned matter and pursuant to the Criminal Justice Act (CJA). I write to respectfully request the Court's permission to retain an investigator to assist in the defense of Mr. Delgado. As the Court is aware, this case involves fifteen (15) defendants and nine productions of discovery thus far. The assistance of an investigator would provide the defense with the ability to interview potential witnesses, analyze the government's evidence, and evaluate all possibles defenses in this case.

    I have consulted with Nelson Lassalle, with whom I have worked on CJA cases in SDNY, EDNY, and DNJ, and attached his resume for your review and consideration. We anticipate that Mr. Lassalle will need 60 hours, including travel, at a rate of $110 per hour for a total of $6,600.

    For the Court's convenience, I have included a "So Ordered" signature line should the Court grant our request. Thank you for your time and consideration.

Respectfully submitted,

s/ Jacqueline E. Cistaro

SO ORDERED

_____
Honorable Kenneth M. Karas, U.S.D.J.

8/11/24