

—— LAW OFFICES OF ——
## JACQUELINE E. CISTARO

325 Broadway · Suite 505 · New York, NY 10007 · 125 Half Mile Road · Suite 200 · Red Bank, NJ 07701
T: 646.253.0583 · F: 646.224.9618 · C: 732.642.0598 ·E: JEC@cistarolawfirm.com
www.cistarolawfirm.com

March 19, 2025

**VIA ECF**
The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

*Re: United States v. George Delgado, 22 Cr. 640 (KMK)*

Your Honor:

    I represent George Delgado in the above-referenced matter and pursuant to the Criminal Justice Act (CJA). I write to respectfully request permission to submit an interim voucher in connection with Mr. Delgado's representation as I have already incurred meaningful attorney's fees with my work to date. It would be extremely helpful should I be allowed to submit an interim CJA voucher as the accrued amount is greater than ten thousand dollars ($10,000), in accordance with the CJA eVoucher Attorney's Manual.

    For the Court's convenience, I have included a "So Ordered" line should the Court grant my request. Thank you for your time and consideration.

Granted.
So Ordered
3/20/25

Respectfully submitted,

s/ Jacqueline E. Cistaro, Esq.

SO ORDERED  _____
Honorable Kenneth M. Karas, U.S.D.J.