

——— LAW OFFICES OF ———
## JACQUELINE E. CISTARO

325 Broadway · Suite 505 · New York, NY 10007 · 125 Half Mile Road · Suite 200 · Red Bank, NJ 07701
T: 646.253.0583 · F: 646.224.9618 · C: 732.642.0598 · E: JEC@cistarolawfirm.com
www.cistarolawfirm.com

June 25, 2025

***VIA ECF***

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

*Re: United States of America v. George Delgado, S4 22 Cr. 640 (KMK)*

Your Honor:

Please be advised that I represent George Delgado in the above-captioned matter and pursuant to the Criminal Justice Act (CJA). Mr. Delgado is scheduled for sentencing on July 2, 2025. We write to respectfully request a brief adjournment to the end of July as we are still preparing our sentencing submission. The government consents to this request.

Thank you for your time and kind consideration.

Granted.

So Ordered
6/25/25

Respectfully submitted,

s/ Jacqueline E. Cistaro, Esq.

cc:   All Counsel